**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA

VERSUS

COREY TERRELL GARDNER

CRIMINAL

NO. 17-14-SDD-EWD

***NOTICE TO COUNSEL***

Trial (jury) in this matter is hereby assigned for *Monday, May 8, 2017 at 9:00 a.m.* in *Courtroom 3* before District Judge Shelly D. Dick.

Requested *voir dire*, proposed *jury charges* and *motions in limine* shall be filed fourteen (14) days prior to trial.

Each party shall provide a w*itness list* to the Court on the morning of trial. These should NOT be filed in the record.

Electronic evidence files shall be provided, by each party, to the Courtroom Deputy seven (7) days prior to trial. These files will be utilized BY THE COURT ONLY for use with the Court's Judicial Evidence Recording System (JERS) and will not be provided to an opposing party. The electronic evidence files should be provided using the specific format outlined under the courtroom technology tab on the court's website. Physical bench books are no longer required for Judge Shelly D. Dick.

To further the orderly process of the trial of this matter, opening statements of counsel are hereby limited to a MAXIMUM of thirty (30) minutes as to each side and Closing arguments are hereby limited to a MAXIMUM of one (1) hour as to each side.

At the conclusion of trial, the parties shall retain custody of the physical/paper exhibits and be responsible to the Court for preserving them in their condition as of the time admitted until any appeal is resolved or the time for appeal has expired. The party retaining custody shall make such exhibits available to opposing counsel for use in preparation of an appeal and be responsible for their safe transmission to the appellate court, if required.

Parties are directed to consult the Middle District's Administrative Procedures which contain additional mandatory filing rules and procedures, as well as information on the custody of physical exhibits after trial. The Administrative Procedures are available for viewing and download on the court's website.

Baton Rouge, Louisiana, March 10, 2017.

**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

**By: Dana Bonaventure**
**Courtroom Deputy**

*The United States Attorney is responsible for issuing any necessary writ to obtain defendant's presence at this hearing. Should the U.S. Marshal determine that a writ is necessary to obtain defendant's presence and that no writ has been received, the U.S. Marshal shall immediately advise the U.S. Attorney to deliver such writ in sufficient time to cause defendant's presence at such hearing.*